```
 1  FISHER & PHILLIPS LLP
    Scott M. Mahoney, Esq.
 2  Nevada Bar No. 1099
    300 S. Fourth Street
 3  Suite 1500
 4  Las Vegas, NV  89101
    Telephone: (702) 252-3131
 5  Email Address:  smahoney@fisherphillips.com

 6  MORGAN LEWIS & BOCKIUS LLP
    Melissa D. Hill (pro hac vice petition to be filed)
 7  101 Park Avenue
 8  New York, NY 10178
    Telephone: (212) 309-6318
 9  Email Address: melissa.hill@morganlewis.com

10  MORGAN LEWIS & BOCKIUS LLP
11  Jeremy Blumenfeld (pro hac vice petition to be filed)
    101 Park Avenue
12  New York, NY 10178
    Telephone: (212) 309-6958
13  Email Address: jeremy.blumenfeld@morganlewis.com

14  Attorney for Defendants
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARSHA R. DUVANEY, on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>DELTA AIRLINES, INC., the Administrative Committee of Delta Airlines, Inc., Greg Tahvonen, Mindy Davison, Janet Brunk and John/Jane Does 1-5,<br><br>           Defendants. | Case No: 2:21-cv-02186-RFB-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have additional time up to and including March 5, 2022 to

- 1 -

FP 42704739.1

answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). This is a purported ERISA class action. Defense counsel has recently been retained, and due to the holidays and nature and breadth of the allegations, will need additional time to review and respond to them. This is the first request for an extension of this deadline.

| KEMP JONES LLP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Don Springer, Esq.<br>    3800 Howard Hughes Pkwy<br>    17th Floor<br>    Las Vegas, NV 89169<br>    Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>    300 South Fourth Street #1500<br>    Las Vegas, Nevada 89101<br>    Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2022

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 42704739.1

- 2 -