MORGAN, LEWIS & BOCKIUS LLP
Melissa D. Hill (*Pro Hac Vice*)
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
Email: melissa.hill@morganlewis.com

FISHER & PHILLIPS, LLP
Scott M. Mahoney
Nevada Bar. No. 1099
300 S Fourth Street, Suite 1500
Las Vegas, NV 89101
Tel.: (702) 252-3131
Fax: (702) 252-7411
Email: smahoney@fisherphillips.com

*Attorneys for Defendants Delta Air Lines, Inc., The Administrative Committee of Delta Air Lines, Inc., Greg Tahvonen, Mindy Davison and Janet Brunk*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARSHA R. DUVANEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., THE ADMINISTRATIVE COMMITTEE OF DELTA AIR LINES, INC., GREG TAHVONEN, MINDY DAVISON, JANET BRUNK, AND JOHN/JANE DOES 1-5,<br><br>Defendants. | **Case No. 2:21-cv-02186-RFB-EJY**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT PENDING DISPOSITION OF MOTION TO TRANSFER**<br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants Delta Air Lines, Inc. ("Delta"), the Administrative Committee of Delta Air Lines, Inc., Greg Tahvonen, Mindy Davison, and Janet Brunk (collectively, "Defendants") will have fourteen days after Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (ECF No. 23) is granted or denied to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). In support of this request, the parties state that they believe this will be the most efficient and economical use of the parties' and the court's time and resources to wait until the motion to transfer is decided. This is the second request to extend Defendants' time to answer or respond to the Complaint.

By: **/s/ Don Springmeyer**

**KEMP JONES, LLP**
Don Springmeyer, Esq.
Nevada Bar No. 1021
d.springmeyer@kempjones.com
Michael Gayan, Esq.
Nevada Bar No. 11135
m.gayan@kempjones.com
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 89169

(P) (702) 385-6000 (F) (702) 385-6001

*Attorneys for Plaintiff Marsha R. DuVaney*

By: **/s/ Melissa D. Hill**

**MORGAN, LEWIS & BOCKIUS LLP**
Melissa D. Hill, Esq. (Pro Hac Vice)
101 Park Avenue
New York, NY 10178-0060
melissa.hill@morganlewis.com

Scott M. Mahoney, Esq.
Nevada Bar. No. 1099
**FISHER & PHILLIPS LLP**
300 South Fourth Street #1500
Las Vegas, Nevada 89101
smahoney@fisherphillips.com

*Attorneys for Defendants Delta Air Lines, Inc., The Administrative Committee of Delta Air Lines, Inc., Greg Tahvonen, Mindy Davison and Janet Brunk*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

Dated: March 1, 2022