1 | MORGAN, LEWIS & BOCKIUS LLP
2 | Melissa D. Hill (*Pro Hac Vice*)
    101 Park Avenue
3 | New York, NY 10178-0060
    Tel.: (212) 309-6000
4 | Fax: (212) 309-6001
    Email: melissa.hill@morganlewis.com
5 |
6 | FISHER & PHILLIPS, LLP
    Scott M. Mahoney
7 | Nevada Bar. No. 1099
    300 S Fourth Street, Suite 1500
8 | Las Vegas, NV 89101
    Tel.: (702) 252-3131
9 | Fax: (702) 252-7411
    Email: smahoney@fisherphillips.com
10 |
11 | *Attorneys for Defendants Delta Air Lines, Inc., The Administrative Committee of Delta Air Lines, Inc., Greg Tahvonen, Mindy Davison and Janet Brunk*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MARSHA R. DUVANEY, on behalf of herself and all others similarly situated, | **Case No. 2:21-cv-02186-RFB-EJY** |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | **(Third Request)** |
| DELTA AIR LINES, INC., THE ADMINISTRATIVE COMMITTEE OF DELTA AIR LINES, INC., GREG TAHVONEN, MINDY DAVISON, JANET BRUNK, AND JOHN/JANE DOES 1-5, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants Delta Air Lines, Inc. ("Delta"), the Administrative Committee of Delta Air Lines, Inc., Greg Tahvonen, Mindy Davison, and Janet Brunk (collectively, "Defendants") will have up to and including February 24, 2023 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1), which is currently due February 10, 2023 (ECF No. 25).  In support of this request, Defendants submit that additional time will permit Defendants' counsel to complete Defendants' response to Plaintiff's Complaint and also meet their other short-term, pre-existing professional obligations and commitments.   This is the third request to extend Defendants' time to answer or respond to the Complaint.

| By:   /s/ Don Springmeyer | By:  /s/  Scott M. Mahoney |
|---|---|
| **KEMP JONES, LLP**<br>Don Springmeyer, Esq.<br>Nevada Bar No. 1021<br>d.springmeyer@kempjones.com<br>Michael Gayan, Esq.<br>Nevada Bar No. 11135<br>m.gayan@kempjones.com<br>3800 Howard Hughes Pkwy., 17th Floor<br>Las Vegas, Nevada 89169<br><br>(P) (702) 385-6000 (F) (702) 385-6001<br><br>*Attorneys for Plaintiff* | **MORGAN, LEWIS & BOCKIUS LLP**<br>Melissa D. Hill, Esq. (Pro Hac Vice)<br>101 Park Avenue<br>New York, NY 10178-0060<br>melissa.hill@morganlewis.com<br><br>Scott M. Mahoney, Esq.<br>Nevada Bar. No. 1099<br>**FISHER & PHILLIPS LLP**<br>300 South Fourth Street #1500<br>Las Vegas, Nevada 89101<br>smahoney@fisherphillips.com<br><br>*Attorneys for Defendants* |

 IT IS SO ORDERED; however, no further extensions of time to respond to the Complaint will be granted.

UNITED STATES MAGISTRATE JUDGE

Dated: February 6, 2023

1