1  MORGAN, LEWIS & BOCKIUS LLP
   Melissa D. Hill (*Pro Hac Vice*)
2  101 Park Avenue
   New York, NY 10178-0060
3  Tel.: (212) 309-6000
4  Fax: (212) 309-6001
   Email: melissa.hill@morganlewis.com
5
6  FISHER & PHILLIPS, LLP
   Scott M. Mahoney
7  Nevada Bar. No. 1099
   300 S Fourth Street, Suite 1500
8  Las Vegas, NV 89101
   Tel.: (702) 252-3131
9  Fax: (702) 252-7411
   Email: smahoney@fisherphillips.com
10

11 *Attorneys for Defendants Delta Air Lines,
   Inc., the Administrative Committee of Delta
12 Air Lines, Inc., Greg Tahvonen, Mindy
   Davison and Janet Brunk*
13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARSHA R. DUVANEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., THE ADMINISTRATIVE COMMITTEE OF DELTA AIR LINES, INC., GREG TAHVONEN, MINDY DAVISON, JANET BRUNK, AND JOHN/JANE DOES 1-5,<br><br>Defendants. | **Case No. 2:21-cv-02186-RFB-EJY**<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br>**(First Request)** |

Defendants Delta Air Lines, Inc. ("Delta"), the Administrative Committee of Delta Air Lines, Inc., Greg Tahvonen, Mindy Davison, and Janet Brunk (collectively, "Defendants") and Plaintiff Marsha R. DeVaney (together with Defendants, the "Parties") hereby enter into this Joint Stipulation and stipulate as follows:

On December 10, 2021, Plaintiff filed a Complaint against Defendants. (ECF No. 1). On February 24, 2023, Defendants filed a Motion to Dismiss the Complaint ("Motion"). (ECF Nos. 34-36). Under Local Rule 7-2(b), Plaintiff's opposition to Defendants' Motion is due on or before March 10, 2023, and Defendants' reply is due seven days after service of the opposition. Following the filling of Defendants' Motion, the Parties agreed that a short extension to respond was warranted to provide the Parties with adequate time to evaluate and respond to Defendants' Motion given its potentially fully-dispositive nature. This is the Parties' first request to extend the briefing schedule on Defendants' Motion.

THEREFORE, it is hereby stipulated by and between Plaintiff and Defendants, through their undersigned attorneys, as follows:

1. Plaintiff's opposition to Defendants' Motion is due on or before March 17, 2023.

2. Defendants' reply in further support of their Motion is due on or before March 31, 2023.

| | |
|---|---|
| **By:** */s/ Michael Gayan* | **By:** */s/ Melissa D. Hill* |
| **KEMP JONES, LLP**<br>Don Springmeyer, Esq.<br>Nevada Bar No. 1021<br>d.springmeyer@kempjones.com<br>Michael Gayan, Esq.<br>Nevada Bar No. 11135<br>m.gayan@kempjones.com<br>3800 Howard Hughes Pkwy., 17th Floor<br>Las Vegas, Nevada 89169<br><br>(P) (702) 385-6000 (F) (702) 385-6001<br><br>*Attorneys for Plaintiff* | **MORGAN, LEWIS & BOCKIUS LLP**<br>Melissa D. Hill, Esq. (Pro Hac Vice)<br>101 Park Avenue<br>New York, NY 10178-0060<br>melissa.hill@morganlewis.com<br><br>Scott M. Mahoney, Esq.<br>Nevada Bar. No. 1099<br>**FISHER & PHILLIPS LLP**<br>300 South Fourth Street #1500<br>Las Vegas, Nevada 89101<br>smahoney@fisherphillips.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 6th day of March, 2023.

1