MORGAN, LEWIS & BOCKIUS LLP
Melissa D. Hill (*Pro Hac Vice*)
101 Park Avenue
New York, NY 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
Email: melissa.hill@morganlewis.com

FISHER & PHILLIPS, LLP
Scott M. Mahoney
Nevada Bar. No. 1099
300 S Fourth Street, Suite 1500
Las Vegas, NV 89101
Tel.: (702) 252-3131
Fax: (702) 252-7411
Email: smahoney@fisherphillips.com

*Attorneys for Defendants Delta Air Lines, Inc. and the Administrative Committee of Delta Air Lines, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARSHA R. DUVANEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., THE ADMINISTRATIVE COMMITTEE OF DELTA AIR LINES, INC., GREG TAHVONEN, MINDY DAVISON, JANET BRUNK, AND JOHN/JANE DOES 1-5,<br><br>Defendants. | **Case No. 2:21-cv-02186-RFB-EJY**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants Delta Air Lines, Inc. ("Delta") and the Administrative Committee of Delta Air Lines, Inc. (collectively, "Defendants") will have up to and including October 17, 2023 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1), which is currently due October 3, 2023. In support of this request, Defendants state that good cause exists for this extension because the additional time will permit Defendants' counsel to appropriately investigate and answer Plaintiffs' Complaint (ECF No. 1), which contains 94 paragraphs of allegations related to three legacy pension plans. This is the first request to extend Defendants' time to file an answer to Plaintiffs' Complaint following the denial of Defendants' motion to dismiss (ECF No. 60).

By:  /s/ Don Springmeyer

**KEMP JONES, LLP**
Don Springmeyer, Esq.
Nevada Bar No. 1021
d.springmeyer@kempjones.com
Michael Gayan, Esq.
Nevada Bar No. 11135
m.gayan@kempjones.com
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 89169

(P) (702) 385-6000 (F) (702) 385-6001

*Attorneys for Plaintiff*

By:  /s/  Melissa D. Hill

**MORGAN, LEWIS & BOCKIUS LLP**
Melissa D. Hill, Esq. (Pro Hac Vice)
101 Park Avenue
New York, NY 10178-0060
melissa.hill@morganlewis.com

Scott M. Mahoney, Esq.
Nevada Bar. No. 1099
**FISHER & PHILLIPS LLP**
300 South Fourth Street #1500
Las Vegas, Nevada 89101
smahoney@fisherphillips.com

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 25, 2023