1  MORGAN, LEWIS & BOCKIUS LLP
   Melissa D. Hill (*Pro Hac Vice*)
2  101 Park Avenue
   New York, NY 10178-0060
3  Tel: +1.212.309.6000
   Fax: +1.212.309.6001
4  Email: melissa.hill@morganlewis.com

5  FISHER & PHILLIPS, LLP
   Scott M. Mahoney
6  Nevada Bar. No. 1099
   300 S Fourth Street, Suite 1500
7  Las Vegas, NV 89101
   Tel.: (702) 252-3131
8  Fax: (702) 252-7411
   Email: smahoney@fisherphillips.com

*Attorneys for Defendant Delta Air Lines, Inc. and the Administrative Committee of Delta Air Lines, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARSHA R. DUVANEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., THE ADMINISTRATIVE COMMITTEE OF DELTA AIR LINES, INC., GREG TAHVONEN, MINDY DAVISON, JANET BRUNK, AND JOHN/JANE DOES 1-5,<br><br>Defendants. | **Case No. 2:21-cv-02186-RFB-EJY**<br><br>**JOINT STIPULATION REGARDING WITHDRAWAL OF PLAINTIFFS' CLAIMS INVOLVING THE NORTHWEST AIRLINES PENSION PLAN FOR SALARIED EMPLOYEES AND THE NORTHWEST AIRLINES PENSION PLAN FOR PILOT EMPLOYEES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/ 148396919.3

      Plaintiff Marsha R. DeVaney and Defendants Delta Air Lines, Inc. ("Delta") and the Administrative Committee of Delta Air Lines, Inc. ("Administrative Committee") (together with Delta, "Defendants") (collectively, the "Parties") hereby enter into this Joint Stipulation and stipulate as follows:

      1. Plaintiff withdraws without prejudice her claims brought on behalf of both herself and all others in any putative class alleging that Defendants caused the Northwest Airlines Pension Plan for Salaried Employees (the "Salaried Plan") and the Northwest Airlines Pension Plan for Pilot Employees (the "Pilots Plan") to fail to pay joint and survivor annuity ("JSA") benefits in amounts that meet the requirements of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA") with respect to actuarial equivalence, as described in the Complaint. *See, e.g.*, Dkt. 1 ¶¶ 1, 45-59.

      2. This withdrawal of claims includes all allegations in Plaintiff's Complaint regarding the Salaried and Pilots Plans, including claims that Defendants' actions in relation to these plans violated Section 205 of ERISA, 29 U.S.C. § 1055, Section 203(a) of ERISA, 29 U.S.C. § 1053(a), and Section 404(a)(1), 29 U.S.C. § 1104(a)(1). *See, e.g.*, Dkt. 1 at 22-26.

      3. The withdrawal of Plaintiff's claims as set forth herein is not intended as a formal amendment of the Complaint nor is it intended to waive any of Plaintiff's other claims.

      4. Plaintiff notified Defendants that she was not pursuing claims related to the Pilots Plan and Salaried Plan on March 19 and 22, 2024, respectively.

**IT IS SO STIPULATED.**

Dated: July 2, 2024

| | | |
|---|---|---|
| 1 | */s/ Christopher M. Barrett* | */s/ Melissa D. Hill* |
| | Robert A. Izard (pro hac vice) | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | Christopher M. Barrett (pro hac vice) | Melissa D. Hill, Esq. (Pro Hac Vice) |
| | **IZARD KINDALL & RAABE** | 101 Park Avenue |
| 3 | 29 S. Main Street, Suite 305 | New York, NY 10178-0060 |
| | West Hartford, Connecticut 06107 | melissa.hill@morganlewis.com |

**KEMP JONES, LLP**
Don Springmeyer, Esq. (SBN# 1021)
Michael J. Gayan, Esq. (SBN#11135)
Alysa M. Grimes, Esq. (SBN#15415)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Scott M. Mahoney, Esq.
Nevada Bar. No. 1099
**FISHER & PHILLIPS LLP**
300 South Fourth Street #1500
Las Vegas, Nevada 89101
smahoney@fisherphillips.com

**MOTLEY RICE LLC**
Douglas P. Needham (pro hac vice)
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

*Attorneys for Defendants*

Gregory Y. Porter (pro hac vice)
Mark G. Boyko (pro hac vice)
**BAILEY & GLASSER LLP**
1054 31st Street, NW, Suite 230
Washington, DC 20007

*Attorneys for Plaintiff*

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: August 1, 2024.

DB1/ 148396919.3

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Melissa D. Hill*
Melissa D. Hill

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

4

DB1/ 148396919.3