MORGAN, LEWIS & BOCKIUS LLP
Melissa D. Hill (Pro Hac Vice)
101 Park Avenue
New York, Ny 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
Email: melissa.hill@morganlewis.com

Fisher & Phillips, LLP
Scott M. Mahoney
Nevada Bar. No. 1099
300 S Fourth Street, Suite 1500
Las Vegas, Nv 89101
Tel.: (702) 252-3131
Fax: (702) 252-7411
Email: smahoney@fisherphillips.com

*Attorneys for Defendants Delta Air Lines, Inc. and the Administrative Committee of Delta Air Lines, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARSHA R. DEVANEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC. and THE ADMINISTRATIVE COMMITTEE OF DELTA AIR LINES, INC.,<br><br>Defendants. | **Case No. 2:21-cv-02186-RFB-EJY**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING RELATED TO PLAINTIFF'S MOTION TO COMPEL**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants Delta Air Lines, Inc. ("Delta") and the Administrative Committee of Delta Air Lines, Inc. (collectively, "Defendants") will have an additional 14 days to file a response to Plaintiff's Motion to Compel Defendants to Respond Fully to Interrogatory 10 (ECF No. 78) (filed by Plaintiff on December 16, 2024), and that Marsha R. DeVaney ("Plaintiff") will have an additional 7 days to file her reply in support of her Motion to Compel. Defendants would then have up to and including January 13, 2025, to file their opposition to Plaintiffs' Motion to Compel, and Plaintiff would have up to and including January 27, 2025, to file her reply in

1  support of that Motion.  In support of this request, Defendants state that good cause exists for an

2  extension of their response deadline in light of the upcoming federal holidays and because the

3  additional time will permit Defendants' counsel to appropriately investigate and respond to

4  Plaintiffs' Motion.  In further support, Plaintiff states that its counsel has two unrelated motions

5  that are currently due the week of January 13, 2025 (when its reply would be due), as well as a

6  deposition to conduct, so good cause exists for a brief, 7-day extension.

7      This is the first request of the parties for additional time.

8  Date: December 18, 2024

9  Respectfully,

| /s/ *Melissa D. Hill* | /s *Christopher M. Barrett* |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | IZARD KINDALL & RAABE |
| Melissa D. Hill (pro hac vice) | Robert A. Izard (pro hac vice) |
| 101 Park Avenue | Christopher M. Barrett (pro hac vice) |
| New York, NY  10178 | 29 S. Main Street, Suite 305 |
| Tel.: (212) 309-6000 | West Hartford, Connecticut 06107 |
| Fax: (212) 309-6001 | |
| melissa.hill@morganlewis.com | KEMP JONES, LLP |
| | Don Springmeyer, Esq. (SBN# 1021) |
| FISHER & PHILLIPS, LLP | Michael J. Gayan, Esq. (SBN#11135) |
| Scott M. Mahoney | Alysa M. Grimes, Esq. (SBN#15415) |
| Nevada Bar No. 1099 | 3800 Howard Hughes Parkway, 17th Floor |
| 300 South Fourth Street, Suite 1500 | Las Vegas, Nevada 89169 |
| Las Vegas, NV  89101 | |
| Tel.: (702) 252-3131 | Douglas P. Needham (pro hac vice) |
| Fax: (702) 252-7411 Email: | MOTLEY RICE LLC |
| smahoney@fisherphillips.com | One Corporate Center |
| | 20 Church Street, 17th Floor |
| *Attorneys for Defendants Delta Air Lines, Inc., and the Administrative Committee of Delta Air Lines, Inc.* | Hartford, CT 06103 |
| | Telephone: 860-218-2720 |
| | dneedham@motleyrice.com |
| | |
| | Gregory Y. Porter (pro hac vice) |
| | Mark G. Boyko (pro hac vice) |
| | BAILEY & GLASSER LLP 1054 |
| | 31st Street, NW, Suite 230 |
| | Washington, DC 20007 |
| | |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE
JUDGE ELAYNA J. YOUCHAH

Dated: December 18, 2024